# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN DEON ALLEN, | : | |
|     Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| C/O RYAN ELLIS and | : | No. 17-652 |
| RONALD COLEMAN, | : | |
|     Defendants. | : | |

## ORDER

This 31st day of July, 2017, upon consideration of Defendant Ryan Ellis's Motion to Dismiss Plaintiff Brian Deon Allen's Complaint and Plaintiff's Response thereto, it is hereby **ORDERED** that Defendant's Motion (Dkt. 7) is **DENIED**.

                                                                     /s/ Gerald Austin McHugh
                                                      United States District Judge